Susan St. Vincent
Acting Legal Officer
Tiffany Chiu
Legal Intern
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL A. JOHNS<br><br>    Defendant.<br>_____ | CASE: 6:12-mj-00039-MJS<br><br>STIPULATION TO VACATE<br>TRIAL DATE AND SET FOR<br>STATUS CONFERENCE<br><br><br>Court: U.S. Magistrate<br>Judge: Hon. Michael J. Seng |

    IT IS HEREBY STIPULATED by and between Tiffany Chiu, Legal Intern for the Government, and the Defendant, Michael A. Johns, that the Bench Trial currently set for July 25, 2012 in the above-captioned matter be vacated, and the matter be set for a Status Conference on August 21, 2012, at 10:00 a.m.

Dated: July 17, 2012                 By: /s/ Tiffany Chiu
                                              Tiffany Chiu
                                              Legal Intern
                                              Yosemite National Park

Dated: July 17, 2012                 By: /s/ Chris Curtis
                                              Chris Curtis
                                              Attorney for Defendant
                                              Michael A. Johns

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Trial Date, now set for July 25, 2012, and set a Status Conference in the above-captioned matter for August 21, 2012, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for July 25, 2012, is vacated.
2. The above-captioned matter is now set for a Status Conference on August 21, 2012.

IT IS SO ORDERED.

Dated: July 17, 2012 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE